## MICHAEL NEUBRECHT
### *v.*
## CAROLINE BRUEGGER *et al.*

APPEAL from the Circuit Court of Hancock county; the Hon. JOSEPH SIBLEY, Judge, presiding.

Messrs. MANIER, PETERSON & MILLER, for the appellant.

Messrs. MORRILL & RIPE, for the appellees.

Mr. CHIEF JUSTICE BREESE: This record presents a case in all respects the same as the next preceding, *Neubrecht* v. *Santmeyer,* and, by agreement of the parties, is to abide the decision of that case. The judgment must, therefore, be reversed.

*Judgment reversed.*